Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY BARNES, | Case No. |
| Plaintiff, | 8:20-cv-01562-SB-KES |
| vs. | |
| INTER-WIRE PRODUCTS, INC.; DOES 1-100 INCLUSIVE, AND EACH OF THEM | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

    ///

Respectfully submitted July 25, 2021

      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

      By: <u>s/Todd M. Friedman</u>
       Todd M. Friedman, Esq.
       Attorney for Plaintiff


      By: <u>s/Edward Garcia</u>
       Edward Garcia, Esq.
       Attorney For Plaintiff.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 25, 2021

      **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

      By: <u>_s/ Todd M. Friedman, Esq.</u>
       Todd M. Friedman
       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on July 25, 2021 with:

United States District Court CM/ECF system

Notification sent electronically on July 25, 2021 to:

To the Honorable Court, all parties and their Counsel of Record

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>s/ Todd M. Friedman, Esq</u>
Todd M. Friedman