UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY BARNES,<br><br>Plaintiff,<br><br>vs.<br><br>INTER-WIRE PRODUCTS, INC.; DOES 1-100 INCLUSIVE, AND EACH OF THEM,<br><br>Defendants. | Case No. 8:20-cv-01562-SB-KES<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated July 27, 2021

*[signature]*

_____
Judge of the District Court

Order to Dismiss - 1